UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CR 13-252 ADM/JJG

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **INDICTMENT** |
| | ) | |
| Plaintiff, | ) | 18 U.S.C. § 1001 |
| | ) | |
| v. | ) | |
| | ) | |
| THOMAS LYNN BUELTEL, | ) | |
| | ) | |
| Defendant. | ) | |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1
(False Statement)

On or about November 7, 2008, in the State and District of Minnesota, in a matter within the jurisdiction of the United States Department of Agriculture, the defendant,

**THOMAS LYNN BUELTEL,**

did knowingly and willfully make a false, fictitious, and fraudulent material statement and representation to the United States Department of Agriculture, an agency of the United States, and did knowingly and willfully make and use a false writing or document, knowing the same to contain a materially false, fictitious, and fraudulent statement, when the defendant represented that he had 48,480 bushels of corn stored in Oakdale Township, a representation the defendant then and there knew full well to be false. All in violation of Title 18, United States Code, Section 1001.

A TRUE BILL

_____    _____
ACTING UNITED STATES ATTORNEY            FOREPERSON



SCANNED
OCT 23 2013
U.S. DISTRICT COURT MPLS